WALKER v. GUILFORD COUNTY

No. 424P87.

Case below: 86 N.C. App. 377.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.

WILLIAMS v. JONES

No. 538A87.

Case below: 87 N.C. App. 178.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 November 1987.